# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JERRY LEE BROWN,

        Plaintiff,

v.

DETECTIVE JOSHUA K. MATT,

        Defendant.

Case No. C18-1719-RSL-MLP

ORDER TO SHOW CAUSE

This is a civil rights action brought under 42 U.S.C. § 1983. On January 7, 2019, the Court issued an Order directing service of plaintiff's civil rights complaint on the lone defendant named in this action, Auburn Police Department Detective Joshua Matt.[1] (Dkt. # 5.) On January 17, 2019, counsel entered appearances on behalf of Detective Matt. (Dkt. ## 6, 7.) To date, Detective Matt has not returned the waiver of service of summons which was included in his service packet, nor has he filed a responsive pleading.

---

[1] On January 28, 2019, the Court received a letter from plaintiff in which he indicated his complaint is against the City of Auburn, and not against Detective Matt. (Dkt. # 8.) However, plaintiff did not identify the City of Auburn as a defendant in his complaint, nor did he specifically allege a cause of action against the City of Auburn. If plaintiff wishes to add or substitute the City of Auburn as a defendant in this action, he must submit an amended complaint that identifies the City of Auburn as a defendant and that specifically alleges a cause of action against the City of Auburn.

ORDER TO SHOW CAUSE
PAGE - 1

Accordingly, the Court hereby ORDERS as follows:

(1) Detective Matt shall SHOW CAUSE within *twenty-one (21) days* why the Court should not direct that he be personally served and why the cost of such personal service should not by assessed pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

(2) The Clerk is directed to send copies of this Order to plaintiff, to Detective Matt at the City of Auburn Police Department, to counsel for Detective Matt, and to the Honorable Robert S. Lasnik.

Dated this 20th day of March, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE - 2