# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JERRY LEE BROWN,

    Plaintiff,

    v.

DETECTIVE JOSHUA K. MATT,

    Defendant.

Case No. C18-1719RSL

ORDER TO SHOW CAUSE

On June 5, 2019, the Honorable Michelle L. Peterson, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on June 17, 2019, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for September 20, 2019. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 16th day of July, 2019.

                                                    /s/ Robert S. Lasnik
                                                    Robert S. Lasnik
                                                    United States District Judge

ORDER TO SHOW CAUSE - 1